FILED:  August 11, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

No. 21-7171

─────────────

UNITED STATES OF AMERICA,

  Plaintiff – Appellee,

v.

MICHAEL ANTHONY ERIC DRAVEN, a/k/a Anthony James Neff,

  Defendant – Appellant.

─────────────

O R D E R

─────────────

The court amends its opinion filed August 10, 2023, as follows:

On page 15, the word "statue's" is corrected to read "statute's."

For the Court – By Direction

/s/ Patricia S. Connor, Clerk